| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Burris, Schoenberg & Walden, Llp<br>12121 Wilshire Blvd Ste 800<br>Los Angeles  CA  90025<br>ATTORNEY FOR (Name)  Plaintiff | (310) 442-5559 | FILED<br>2008 APR 17 AM 10: 39<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
Co-Investor vs. Fonjax

| 1356495 | (HEARING) Date | Time | Dept | Case Number:<br>C0801812 -SBA |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>3077.001 |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
2. I SERVED COPIES OF THE:.
    SUMMONS & COMPLAINT;CIVIL COVER SHEET;ORDER SETTING INITIAL
    CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

5

3. A PARTY SERVED:    Fonjax, Inc.

   B PERSON SERVED :  Mark Moore, agent

4.. ADDRESS:          1630 N Main St # 114
                      Walnut Creek       CA        94596
5. I SERVED THE PARTY IN 3A BY SUBSTITUTED SERVICE
       ON    4/9/2008  AT  3:20:00 PM
   (b) BY LEAVING THE DOCUMENTS LISTED IN 2  WITH OR IN THE PRESENCE OF:
       Debra Mangini, Person Apparently In Charge
       Caucasian female, 5'6", 170 lbs, brown hair
   (3)(PHYSICAL ADDRESS UNKNOWN) A PERSON AT LEAST 18 YEARS OF AGE APPARENTLY IN CHARGE AT THE
       USUAL MAILING ADDRESS OF THE PERSON TO BE SERVED, OTHER THAN A UNITED STATES POSTAL
       SERVICE POST OFFICE BOX. I INFORMED HIM OR HER OF THE GENERAL NATURE OF THE PAPERS
   (4) A DECLARATION OF MAILING IS ATTACHED IF REQUIRED
   (5) A DECLARATION OF DILIGENCE IS ATTACHED IF REQUIRED
6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
       D. ON BEHALF OF:  Fonjax, Inc.

       Mark Moore, agent
       UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : 416.10 (CORPORATION)
                                                              d. The fee for service was        $124.50
7a. Person Serving:    Janie       Brown                      e. I am:
                                                                 (1)     not a registered California process server:
  b. DDS Legal Support                                           (3) X   registered California process server:
     2900 Bristol St                                                 (i) Independant Contractor
     Costa Mesa, Ca 92626
                                                                     (i) Registration No:              1016
  c. (714) 662-5555                                                  (i) County:    ALAMEDA COUNTY

8. I declare under the penalty of perjury under the laws of the State of California that the
   foregoing is true and correct.

4/14/2008    Janie        Brown                          X  _____
                                                                          SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]                      PROOF OF SERVICE                     CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Burris, Schoenberg & Walden, Llp<br>12121 Wilshire Blvd Ste 800<br>Los Angeles   CA   90025 | (310) 442-5559 | |
| ATTORNEY FOR (Name)   Plaintiff | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
Co-Investor vs. Fonjax

| 1356495 | (HEARING) Date | Time | Dept | Case Number:<br>C0801812 |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>3077.001 |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON   04/10/08

5. b (4)  AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

SUMMONS & COMPLAINT;CIVIL COVER SHEET;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT:  COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

Fonjax, Inc.

Mark Moore, agent

1630 N Main St # 114
Walnut Creek    CA    94596

DECLARANT:  lisa.steele

d. The fee for service was    $124.50
e. I am:
  (1) X   not a registered California process server:
  (3)      registered California process server:
     (i)  Employee
     (i)  Registration No: 434
     (i)  County: Orange

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

4/14/2008    lisa.steele

X _____
SIGNATURE

**PROOF OF SERVICE**