IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

1

2

3        CO-INVESTOR AG                                    NO. CV 08-01812 SBA

4                          Plaintiff,                      **CLERK'S NOTICE RE: FAILURE**
              v.                                           **TO FILE ELECTRONICALLY**

5

6        FONJAX, INC.
                          Defendant,
7        _____/

8

9              On **04/04/08 & 04/17/08**, counsel for **Plaintiff** filed a **Complaint [1] & Certificate of Service**

10       **[5]** manually, on paper.  This case has been designated for electronic filing, pursuant to Local Rule 5-4

11       and General Order 45.

12             The above mentioned  paper document has been filed and docketed. However, General Order

13       45 provides at Section III  that cases assigned to judges who participate in the e-filing program "shall

14       be presumptively designated" as e-filing cases. Therefore, counsel for **Plaintiff**  should submit the

15       **aforementioned documents**, in PDF format within 10 days, as an attachment in an **e-mail** message

16       directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the

17       **Judges** button and follow the procedure listed there).  Do **not** e-file a document which has been

18       previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should

19       be e-filed.

20             Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated

21       to become an ECF User and be assigned a user ID and password for access to the system upon

22       designation of the action as being subject to ECF."  Counsel in this case who have not yet registered as

23       ECF Users  must do so immediately.  Forms and instructions for registering can be found on the Court's

24       Web site at ecf.cand.uscourts.gov.

25       Dated: April 18, 2008                             _____/s/_____
                                                           Jessie Mosley
26                                                         Deputy Clerk

27

28