

Clerk's Use Only
Initial for fee pd.:

Samuel D. Levy
WUERSCH & GERING, LLP
100 Wall Street, 21st Floor
New York, NY 10005
Tel: (212) 509-5050



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CO-INVESTOR AG,

CASE NO.  C 08-01812 SBA

Plaintiff(s),

v.

FONJAX, INC.

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

_____ Defendant(s)._____ /

Pursuant to Civil L.R. 11-3, Samuel D. Levy                    , an active member in

good standing of the bar of  US District Ct. - Southern District of New York   , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing  Co-Founder AG                    in the above-entitled action. ·

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action.  The name, address and telephone number of

that attorney is:

Laura G. Brys, Burris, Schoenberg & Walden, LLP, 12121 Wilshire Blvd., Ste.
800, Los Angeles, CA 90025, Tel:  (310) 442-5559

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 7 2008



Samuel D. Levy

Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611002116
Cashier ID: lenahac
Transaction Date: 04/24/2008
Payer Name: Burris and Schoenberg, LLP
------------------------------------
PRO HAC VICE
 For: Samuel D. Levy
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:      $210.00
------------------------------------
CHECK
 Check/Money Order Num: 5961
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:       $0.00

C-08-1812-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.

**RECEIVED**

APR 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

CO-INVESTOR AG,

CASE NO.  C 08-01812 SBA

                            Plaintiff(s),

    v.

FONJAX, INC.

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

                            Defendant(s).
_____/

Samuel D. Levy                                                    , an active member in good standing of the bar of

US District Ct. - Southern District of New York                  whose business address and telephone number
(particular court to which applicant is admitted)

is

WUERSCH & GERING, LLP
100 Wall Street, 21st Floor, New York, New York 10005
Tel:  (212) 509-5050           -

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing  Plaintiff Co-Investor AG

      IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge

Hon.  Saundra  B.  Armstrong

UNITED STATES DISTRICT COURT
For the Northern District of California