JORDAN J. YUDIEN, ESQ., SBN 121182
WILLIAM J. TRINKLE, ESQ. SBN 102280
YUDIEN & ASSOCIATES
2033 North Main Street, Suite 430
Walnut Creek, California  94596
Tel:  (925) 472-0600;  Fax: (925) 472-0325
jodyjay@pacbell.net / TrinkleLaw@aol.com

Attorneys for Defendant Fonjax, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CO-INVESTOR, AG, | Case No. C08-01812 |
| Plaintiff, | STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND |
| vs. | |
| FONJAX, INC., | |
| Defendant. | |

    Plaintiff Co-Investor, AG and Defendant Fonjax, Inc., by their undersigned respective counsel, hereby stipulate and agree that Defendant shall have an extension to June 2, 2008 to answer or otherwise respond to the complaint in this action.

Dated: May 1, 2008                                                  Dated: May 1, 2008

YUDIEN & ASSOCIATES                                       BURRIS SCHOENBERG & WALDEN, LLP


By:_____                          By:_____
   William J. Trinkle, Esq.                                        Laura Brys, Esq.
   Attorneys for Defendant Fonjax, Inc.              Attorneys for Plaintiff Co-Investor, AG


I, William J. Trinkle, attest that concurrence in the filing of the document has been obtained from each of the other signatories.


                                                                                                     _____
                                                                                William J. Trinkle, Esq.