RECEIVED

APR 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED

MAY 1 4 2...

RICHARD W. W......
....K, U.S. DISTR....
...... N DISTRICT O........... NIA
OAKLAND

**UNITED STATES DISTRICT COURT**

**Northern District of California**

*(left margin)* **UNITED STATES DISTRICT COURT** **For the Northern District of California**

CO-INVESTOR AG,

                      Plaintiff(s),

    v.

FONJAX, INC.

                      Defendant(s).
                                /

**CASE NO.  C 08-01812 SBA**

(~~Proposed~~)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Samuel D. Levy                     , an active member in good standing of the bar of

US District Ct. - Southern District of New York     whose business address and telephone number

(particular court to which applicant is admitted)

is

WUERSCH & GERING, LLP
100 Wall Street, 21st Floor, New York, New York 10005
Tel:  (212) 509-5050

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiff Co-Investor AG

    IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  5-14-08

                                  United States District    Judge

                                  Hon.  Saundra  B.  Armstrong