1   JORDAN J. YUDIEN, ESQ., SBN 121182
    WILLIAM J. TRINKLE, ESQ. SBN 102280
2   YUDIEN & ASSOCIATES
    2033 North Main Street, Suite 430
3   Walnut Creek, California 94596
    Tel: (925) 472-0600; Fax: (925) 472-0325
4   jodyjay@pacbell.net / TrinkleLaw@aol.com

5   Attorneys for Defendant Fonjax, Inc.

6

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  CO-INVESTOR, AG,                )    Case No. C08-01812 SBA
                                    )
12                      Plaintiff,  )    **[Proposed] ORDER GRANTING FONJAX, INC.'S**
                                    )    **MOTION TO DISMISS THE COMPLAINT**
13  vs.                             )    **PURSUANT TO F.R.C.P. RULE 12(b)(6)**
                                    )
14  FONJAX, INC.,                   )
                                    )
15                      Defendant.  )
    _____ )

16

17          Defendant FonJax, Inc.'s motion to dismiss the complaint pursuant Fed. R. Civ. P. Rule

18  12(b)(6) and each claim for relief alleged therein for failure to state a claim upon which relief may

19  be granted came before the Honorable Saundra B. Armstrong on July 8, 2008.  Defendant Fonjax

20  appeared by its counsel Jordan J. Yudien, and Plaintiff Co-Investor AG appeared by its counsel,

21  _____.  The Court having considered the papers and arguments of counsel, and

22  good cause appearing therefor;

23          IT IS HEREBY ORDERED that the motion to dismiss the complaint, and each cause of

24  action alleged therein, is GRANTED.

25

26  Dated: July 8, 2008          _____

27                               Judge of the U.S. District Court of the Northern District of California

28

Order re Mot to Dismiss
C08-01812 SBA                    1