1  Donald S. Burris (SBN 68523)
   Richard E. Walden (SBN 108646)
2  Laura Brys (SBN 242100)
   laura@bslaw.net
3  BURRIS SCHOENBERG & WALDEN, LLP
4  12121 Wilshire Boulevard, Suite 800
   Los Angeles, California 90025
5  Tel: (310) 442-5559/Fax: (310) 442-0353

6  Attorneys for Plaintiff
7  CO-INVESTOR AG

8  JORDAN J. YUDIEN, ESQ. (SBN 121182)
   jodyjay@pacbell.net
9  WILLIAM J. TRINKLE, ESQ. (SBN 102280)
   trinklelaw@aol.com
10 YUDIEN & ASSOCIATES
11 2033 North Main Street, Suite 430
   Walnut Creek, California 94596
12 Tel: (924) 472-0600/Fax: (925) 472-0325

13 Attorneys for Defendant
14 FONJAX, INC.

15

16              UNITED STATES DISTRICT COURT

17        FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

19 CO-INVESTOR, AG,                ) CASE NO. C 08-01812 SBA
                                   )
20          Plaintiff,             ) Hon. Saundra B. Armstrong
                                   ) Dept. 3
21     v.                          )
                                   ) **STIPULATION AND [PROPOSED] ORDER**
22 FONJAX, INC.,                   ) **TO CONTINUE HEARING ON DEFENDANT**
                                   ) **FONJAX, INC.'S HEARING ON ITS**
23          Defendant.             ) **MOTION TO DISMISS, INITIAL CASE**
                                   ) **MANAGEMENT CONFERENCE AND**
24                                 ) **RELATED DEADLINES**
                                   )
25                                 )
                                   )
26 _____ )

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT FONJAX, INC.'S
HEARING ON ITS MOTION TO DISMISS, INITIAL CASE MANAGEMENT CONFERENCE AND RELATED
DEADLINES

1      Plaintiff CO-INVESTOR, AG, ("Plaintiff") and Defendant FONJAX, INC.

2 ("Defendant") (collectively, "the Parties") through their undersigned counsel, hereby stipulate

3 and agree, subject to Court approval, to continue Defendant's hearing on its motion to dismiss,

4 and the Initial Case Management Conference, based on the following:

5      WHEREAS, on April 4, 2008, the Court entered an order setting the Initial Case

6 Management Conference (the "Conference") on July 10, 2008 at 3:00 p.m., in addition to June

7 18, 2008 as the last day to meet and confer re: initial disclosures, early settlement, ADR process

8 selection, and discovery plan; and the last day to file Joint ADR Certification with Stipulation to

9 ADR Process or Notice of Need for ADR Phone Conference;

10      WHEREAS, the April 4, 2008 order provided that if the Initial Case Management

11 Conference is continued, the other deadlines are continued accordingly;

12      WHEREAS, on June 2, 2008, Defendant filed a motion to dismiss complaint pursuant to

13 Federal Rule of Civil Procedure 12(b)(6) (the "Motion"), which it set for hearing on July 8,

14 2008;

15      WHEREAS, the Parties have stipulated to continue the hearing on the Motion from July

16 8, 2008 to September 23, 2008 to allow the Parties adequate time to prepare the arguments and

17 fully address the issues in the Motion; and

18      WHEREAS, in the interests of efficiency for the Parties and the Court, all counsel have

19 further agreed to continue the Conference and Joint Rule 26(f) Report deadlines given the

20 pending Motion.

21

22      NOW THEREFORE it is agreed and stipulated by the Parties, through their undersigned

23 counsel, that:

24      1.      The hearing on the Motion shall be continued from July 8, 2008 until

25           September 23, 2008 at 1:00 p.m.

26      2.      The last day to meet and confer re: initial disclosures, early settlement,

27           ADR process selection, and discovery plan; and the last day to file Joint

28

1    ADR Certification with Stipulation to ADR Process or Notice of Need for

2    ADR Phone Conference shall be continued from June 18, 2008 to

3    September 30, 2008.

4    3.    The last day for filing the Joint Rule 26(f) Report shall be continued from

5    July 2, 2008 until October 7, 2008.

6    4.    The Initial Case Management Conference shall be continued from July 9,

7    2008 until October 16, 2008, or the Court's next available date, at 3:00

8    p.m. in Courtroom 3, 3rd Floor.

9

10

11    Dated: June 13 2008    BURRIS, SCHOENBERG & WALDEN, LLP

12

13

14    By:  Laura G. Brys
    Counsel for Plaintiff CO-INVESTOR AG

15

16    Dated: June 13, 2008    YUDIEN & ASSOCIATES

17

18    By:  Jordan J. Yudien
    Counsel for Defendant FONJAX, INC.

19

20    **IT IS SO ORDERED.**

21

22    Dated: _____, 2008    _____

23    Honorable Saundra B. Armstrong

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT FONJAX, INC.'S HEARING ON ITS MOTION TO DISMISS, INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

3