**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

CO-INVESTOR, AG,

        Plaintiff,

  v.

FONJAX, INC.,

        Defendant.

No. C 08-01812 SBA

**ORDER**

[Docket No. 13]

Per the parties' stipulation [Docket No. 13], the hearing on defendant's motion to dismiss [Docket No. 11], set for July 8, 2008, at 1:00 p.m., in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612, is CONTINUED to September 23, 2008, at 1:00 p.m. The parties' ADR deadline referenced in this matter's Scheduling Order [Docket No. 2] is CONTINUED from June 18, 2008 to September 30, 2008. Lastly, the Case Management Conference scheduled for July 9, 2008 at 2:45 p.m., *see* Docket No. 4, shall be CONTINUED to October 16, 2008 at 2:30 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of The Northern District of California and the Standing Order of this Court. Plaintiff(s) shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

    IT IS SO ORDERED.

June 16, 2008                         _____
                                              Saundra Brown Armstrong
                                              United States District Judge