1  JORDAN J. YUDIEN, ESQ., SBN 121182
   WILLIAM J. TRINKLE, ESQ. SBN 102280
2  YUDIEN & ASSOCIATES
   2033 North Main Street, Suite 430
3  Walnut Creek, California  94596
   Tel:  (925) 472-0600;  Fax: (925) 472-0325
4  jodyjay@pacbell.net / TrinkleLaw@aol.com

5  Attorneys for Defendant Fonjax, Inc.

7                    UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  CO-INVESTOR, AG,                )   Case No. C08-01812 SBA
                                    )
11               Plaintiff,         )   **DECLARATION OF JORDAN J. YUDIEN
                                    )   CERTIFYING THAT THE PARTIES MET AND
12  vs.                             )   CONFERRED WITH RESPECT TO DEFENDANT
                                    )   FONJAX'S MOTION TO DISMISS THE
13  FONJAX, INC.,                   )   COMPLAINT PURSUANT TO F.R.C.P. RULE
                                    )   12(b)(6)**
14               Defendant.         )
                                    )
15

16       I, Jordan J. Yudien, declare:

17       1.  I am an attorney duly licensed to practice law before all courts of the State of California

18  and an attorney of record herein for Defendant Fonjax, Inc.  I have personal knowledge of the facts

19  attested to herein and if called as a witness, I could competently testify thereto.

20       2.  On July 16, 2008, I engaged in a telephonic meet and confer conference with lead counsel

21  for the Plaintiff, Samuel D. Levy, Esq.  Mr. Levy stated that he anticipated the arguments that were

22  made in the motion to dismiss, and he expressed the belief that all of the causes of action in his

23  complaint were sufficient, and that he did not believe he needed to amend the complaint in any way

24  to meet any of the arguments advanced by Fonjax in its motion to dismiss the complaint.

25       I declare under the laws of the State of California that the foregoing is true and correct.

26       Executed at Walnut Creek, California on July 16, 2008.

                                             /s/ *Jordan J. Yudien*
28                                           Jordan J. Yudien

Yudien Dec. re Meet & Confer              1