1  RICHARD E. WALDEN (SBN 108646); rwalden@bslaw.net
   LAURA G. BRYS (SBN 242100); laura@bslaw.net
2  BURRIS, SCHOENBERG & WALDEN, LLP
   12121 Wilshire Blvd., Suite 800
3  Los Angeles, California 90025
4  tel (310) 442-5559 / fax (310) 442-0353
   Counsel for Plaintiff, Co-Investor AG
5

6  SAMUEL D. LEVY (*pro hac vice*); samuel.levy@wg-law.com
   WUERSCH & GERING LLP
7  100 Wall Street 21st Floor
   New York, NY 10005
8  tel (212) 509-4713 / fax (212) 509-9559
   Counsel for Plaintiff, Co-Investor AG
9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 CO-INVESTOR AG,                )   Case No. C08-01812 (SBA)
                                  )
14              Plaintiff,        )   Hon. Saundra B. Armstrong
                                  )
15     vs.                        )   [PROPOSED] ORDER ON
                                  )   DEFENDANT'S RULE 12(B)(6)
16 FONJAX, INC.,                  )   MOTION TO DISMISS THE
                                  )   COMPLAINT
17              Defendant.        )
                                  )   [*Plaintiff's Memorandum of Points &*
18                                )   *Authorities in Opposition concurrently*
                                  )   *filed herewith*]
19                                )
                                  )   Hearing Date: September 23, 2008
20                                )   Time: 1:00 p.m.
                                  )   Ctrm. 3
21                                )

22

23

24

25

26

27

28

---

3077.001

[PROPOSED] ORDER ON DEFENDANT'S RULE 12(B)(6) MOTION TO
DISMISS THE COMPLAINT

The Motion of Defendant Fonjax, Inc. to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) came on for hearing before me on September 23, 2008, Samuel Levy and Laura G. Brys appearing as attorneys for the Plaintiff and Jordan J. Yudien appearing as attorney for Defendant, and the Court being fully advised in the premises, and good cause appearing;

IT IS HEREBY ORDERED that Defendant's Motion to Dismissed be denied in its entirety with prejudice.

Dated: _____

_____
Hon. Saundra B. Armstrong

3077.001

[PROPOSED] ORDER ON DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS THE COMPLAINT