**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CO-INVESTOR, AG, | No.  C 08-01812 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 26] |
| FONJAX, INC., | |
| Defendant. | |

Before the Court is plaintiff's Ex Parte Application and Memorandum of Points and Authorities in Support of Temporary Restraining Order and Issuance of a Preliminary Injunction against Defendant (the "Application") [Docket No. 26].  The Court ORDERS the parties to meet and confer and determine whether they can stipulate to preserve the status quo, as plaintiff requests in the Application, pending a hearing set on a noticed motion for a preliminary injunction filed by plaintiff under Civil Local Rule 7-2.  If the parties are able to so stipulate, they must file their stipulation by noon on October 16, 2008.  If the parties are unable to so stipulate, defendant shall file its opposition to the Application, if any, by noon on October 16, 2008.

IT IS SO ORDERED.

October 10, 2008

_____
Saundra Brown Armstrong
United States District Judge