**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CO-INVESTOR, AG, | No. C 08-01812 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 26] |
| FONJAX, INC., | |
| Defendant. | |

Before the Court is plaintiff's Ex Parte Application and Memorandum of Points and Authorities in Support of Temporary Restraining Order and Issuance of a Preliminary Injunction against Defendant (the "Application") [Docket No. 26]. On October 10, 2008, the Court ordered the parties to meet and confer and determine whether they could stipulate to preserve the status quo, as plaintiff requested in the Application, pending a hearing set on a noticed motion for a preliminary injunction filed by plaintiff under Civil Local Rule 7-2. If the parties were able to so stipulate, they were to file their stipulation by noon on October 16, 2008. If the parties were unable to so stipulate, then defendant was to file its opposition to the Application, if any, by noon on October 16, 2008.

By joint request of the parties made on October 14, 2008, the Court CONTINUES the noon October 16, 2008 filing deadline, to noon on October 17, 2008.

IT IS SO ORDERED.

October 17, 2008

_____
Saundra Brown Armstrong
United States District Judge