**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CO-INVESTOR, AG, | No. C 08-01812 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 26] |
| FONJAX, INC., | |
| Defendant. | |

The Court approves the Stipulation and Order [Docket No. 35] filed by the parties on October 28, 2008, subject to the following change. Defendant's opposition, if any, to plaintiff's Ex Parte Motion for Temporary Restraining Order, Motion for Preliminary Injunction [Docket No. 26] is due on or before November 11, 2008, and plaintiff's reply, if any, to defendant's opposition, is due on or before November 18, 2008.

IT IS SO ORDERED.

October 30, 2008

_____
Saundra Brown Armstrong
United States District Judge