Donald S. Burris (SBN 68523)
Richard E. Walden (SBN 108646)
Laura G. Brys (SBN 242100)
laura@bslaw.net
BURRIS SCHOENBERG & WALDEN, LLP
12121 Wilshire Boulevard, Suite 800
Los Angeles, California 90025
Tel: (310) 442-5559/Fax: (310) 442-0353

Attorneys for Plaintiff
CO-INVESTOR AG

JORDAN J. YUDIEN, ESQ. (SBN 121182)
jodyjay@pacbell.net
WILLIAM J. TRINKLE, ESQ. (SBN 102280)
trinklelaw@aol.com
YUDIEN & ASSOCIATES
2033 North Main Street, Suite 430
Walnut Creek, California 94596
Tel: (924) 472-0600/Fax: (925) 472-0325

Attorneys for Defendant
FONJAX, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CO-INVESTOR, AG, | ) CASE NO. C 08-01812 SBA |
| | ) |
| Plaintiff, | ) Hon. Saundra B. Armstrong |
| | ) Dept. 3 |
| v. | ) |
| | ) **STIPULATION AND ORDER TO** |
| FONJAX, INC., | ) **CONTINUE HEARING ON PLAINTIFF CO-** |
| | ) **INVESTOR, AG'S HEARING ON ITS** |
| Defendant. | ) **MOTION FOR PRELIMINARY** |
| | ) **INJUNCTION** |
| | ) |
| | ) Previous Hearing Date:  March 24, 2009 |
| | ) Proposed Hearing Date:  May 12, 2009 |

1   Plaintiff CO-INVESTOR, AG, ("Plaintiff") and Defendant FONJAX, INC.

2   ("Defendant") (collectively, "the Parties") through their undersigned counsel, stipulate and

3   agree, subject to Court approval, to continue Plaintiff's hearing on its motion for a preliminary

4   injunction and the Initial Case Management Conference (the "Conference"), based on the

5   following:

6   WHEREAS, on October 9, 2008, Plaintiff filed an Application for Temporary

7   Restraining Order and Issuance of Preliminary Injunction (the "Injunction Application");

8   WHEREAS, the Court scheduled a hearing for the Injunction Application for November

9   18, 2008, requiring submission of Defendant's opposition to the Injunction Application by

10  October 16, 2008, and subsequently extended to October 20, 2008;

11  WHEREAS, on October 21, 2008, the Court continued the hearing for the Injunction

12  Application to December 16, 2008;

13  WHEREAS, on November 3, 2009 pursuant to a stipulation between the parties, the

14  Court continued the hearing for the Injunction Application from December 16, 2009 to March

15  24, 2009;

16  WHEREAS, on February 24, 2009, Defendant filed its Opposition to the Injunction

17  Application;

18  WHEREAS, the Parties have been in discussions regarding a stipulated injunction and

19  require more time to continue those discussions; and

20  WHEREAS, in the interests of efficiency for the Parties and the Court, all counsel have

21  further agreed to continue the Conference.

22  O R D E R

23  NOW THERFORE, upon the stipulation of the parties, and for good cause being shown,

24  and upon the consent and agreement of the parties, IT IS ORDERED:

25  1.   The hearing on Plaintiffs' Motion for a Preliminary Injunction [Docket No. 26]

26  set for hearing on March 24, 2009, at 1:00 p.m., in Courtroom 3 of the United States

27  Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612, is CONTINUED to May

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF CO-INVESTOR, AG'S
HEARING ON ITS MOTION FOR PRELIMINARY INJUNCTION

2

1  12, 2009, at 1:00 p.m., in the same location.

2          2.      Plaintiff's reply papers shall be filed by May 5, 2009.

3          3.      The Case Management Conference [Docket No. 32] scheduled for March 24,

4  2009 at 1:30 p.m., for the same location, is CONTINUED to May 12, 2009 at 1:30 p.m., for the

5  same location.

6          4.      The Joint Case Management Conference Statement shall be filed on May 1,

7  2009.

8

9  Dated:  March 13, 2009                    BURRIS, SCHOENBERG & WALDEN, LLP

10

11                                           /s/ Laura G. Brys
                                             By:  Laura G. Brys
12                                           Counsel for Plaintiff CO-INVESTOR AG

13

14  Dated:  March 13, 2009                   YUDIEN & ASSOCIATES

15

16                                           /s/ William J. Trinkle
                                             By:  William J. Trinkle
17                                           Counsel for Defendant FONJAX, INC.

18  **IT IS SO ORDERED.**

19

20  Dated: 3/16/09                           _Saundra B Armstrong_
                                             Honorable Saundra B. Armstrong

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF CO-INVESTOR, AG'S
HEARING ON ITS MOTION FOR PRELIMINARY INJUNCTION