Donald S. Burris (SBN 68523)
Richard E. Walden (SBN 108646)
Laura Brys (SBN 242100)
laura@bslaw.net
BURRIS SCHOENBERG & WALDEN, LLP
12121 Wilshire Boulevard, Suite 800
Los Angeles, California 90025
Tel: (310) 442-5559/Fax: (310) 442-0353

Attorneys for Plaintiff
CO-INVESTOR AG

JORDAN J. YUDIEN, ESQ. (SBN 121182)
jodyjay@pacbell.net
WILLIAM J. TRINKLE, ESQ. (SBN 102280)
trinklelaw@aol.com
YUDIEN & ASSOCIATES
2033 North Main Street, Suite 430
Walnut Creek, California 94596
Tel: (924) 472-0600/Fax: (925) 472-0325

Attorneys for Defendant
FONJAX, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CO-INVESTOR, AG, | ) CASE NO. C 08-01812 SBA |
|---|---|
| Plaintiff, | ) Hon. Saundra B. Armstrong |
| | ) Dept. 3 |
| v. | ) |
| | ) **STIPULATION AND ORDER TO** |
| FONJAX, INC., | ) **CONTINUE MEDIATION COMPLETION** |
| Defendant. | ) **DATE** |

Plaintiff CO-INVESTOR, AG, ("Plaintiff") and Defendant FONJAX, INC. ("Defendant") (collectively, "the Parties") through their undersigned counsel, hereby stipulate and agree, subject to Court approval, to continue the mediation completion date based on the following:

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DATE

WHEREAS, on December 18, 2009, Mark Moore, Robin Maloney, and Geoff Zawolkow filed a Motion to Intervene, which was set for hearing on March 2, 2010;

WHEREAS, on February 9, 2010, Plaintiff filed its Opposition to the Motion to Intervene and its Cross-Motion to Dismiss;

WHEREAS, on February 16, 2010, the Court continued the hearing on the Motion to Intervene from March 2, 2010 to April 6, 2010;

WHEREAS, the appointed mediator is not available for a mediation in the month of April due to a trial; and

WHEREAS, in the interests of efficiency for the Parties and the mediator, all counsel have agreed that the mediation completion date should be continued until after the hearing on the Motion to Intervene and the Cross-Motion to Dismiss:

NOW THEREFORE it is agreed and stipulated by the Parties, through their undersigned counsel, that the mediation completion date should be continued from March 16, 2010 to May 14, 2010.

Dated: February 17, 2010         BURRIS, SCHOENBERG & WALDEN, LLP

　　　　　　　　　　　　　　　　　　/s/ Laura G. Brys
　　　　　　　　　　　　　　　　　By:  Laura G. Brys
　　　　　　　　　　　　　　　　　Counsel for Plaintiff CO-INVESTOR AG

Dated: February 22, 2010         YUDIEN & ASSOCIATES

　　　　　　　　　　　　　　　　　　/s/ Jordan J. Yudien
　　　　　　　　　　　　　　　　　By:  Jordan J. Yudien
　　　　　　　　　　　　　　　　　Counsel for Defendant FONJAX, INC.

**IT IS SO ORDERED.**

Dated: _2/25/10                  _/s/ Saundra B. Armstrong_
　　　　　　　　　　　　　　　　　Honorable Saundra B. Armstrong

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DATE